FILE COPY



# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 17, 2019

Matthew Allen
ZARKA ALLEN LAW FIRM, PLLC
540 S. St. Mary's St.
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jennifer Rossmeier Brown
Bexar County Criminal
District Attorney's Office
Paul Elizondo Tower
101 West Nueva Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-19-00028-CR, 07-19-00029-CR, 07-19-00030-CR
Trial Court Case Number: 2016CR4055, 2016CR6068, 2016CR6069

**Style:** Gilbert Mendez v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable Laura Parker (DELIVERED VIA E-MAIL)
Gloria Martinez (DELIVERED VIA E-MAIL)